JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669
Facsimile: (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Plaintiff LUIDIA, INC.

BURTON S. EHRLICH (*Pro Hac Vice* application to be filed)
LADAS & PARRY LLP
224 S. Michigan Avenue, Suite 1600
Chicago, Illinois 60604
Telephone: (312) 427-1300
Facsimile: (312) 427-6663
E-mail: burte@ladas.net

JEREMY L. FRIEDMAN, No. 142659
Attorney At Law
2801 Sylhowe Road
Oakland, California 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

Attorneys for Defendant PEN AND FREE CO. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIDIA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PEN AND FREE CO., LTD., a foreign corporation, and PEERLESS INDUSTRIES, INC., a Delaware corporation,<br><br>    Defendants. | Case No.: 3:12-cv-02993-LB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO APRIL 18, 2013** |

1  This matter is currently set for an initial case management conference on March 28, 2013
2  at 10:30 a.m.  Counsel for Defendant Pen and Free Co., Ltd. has a scheduling conflict with that
3  date.  The parties have met and conferred regarding the conference and have agreed to continue it
4  to April 18, 2013 at 10:30 a.m.
5  THEREFORE, IT IS HERBY STIPULATED, by and between the parties through their
6  respective counsel that the initial case management conference shall be held on April 18, 2013 at
7  10:30 a.m.  The parties will submit a joint case management conference statement on or before
8  April 11, 2013.

Dated: March 21, 2013          SKAGGS FAUCETTE LLP

                               By:  _____/s/_____
                                    Jeffrey E. Faucette
                               Attorneys for Plaintiff LUIDIA, INC.

Dated: March 21, 2013          LADAS & PARRY LLP


                               By:  _____/s/_____
                                    Burton S. Ehrlich
                               Attorneys for Defendant PEN AND FREE CO., LTD.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __March 21__, 2013

                                    _____
                                    Hon. Laurel Beeler
                                    United States Magistrate Judge

---

STIP. AND ~~PROPOSED~~ ORDER RE CMC                                 CASE NO.: 3:12-cv-02993-LB

1